UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIAN PAN,
    Appellant,

v.

Ralph Partners II, LLC,
    Appellee.

Case No. 18-cv-03354-PJH

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 3

The court is in receipt of the United States Bankruptcy Court's notice that appellant Jian Pan has failed to perfect his appeal pursuant to Bankruptcy Rule 8009(a)(4). See Dkt. 3.

Under Rule 8009(a)(4), "[t]he record on appeal must include" 10 categories of documents. While some of these documents have been filed, see Dkt. 1 (the notice of appeal, order being appealed, partial docket report), other required documents have not been filed, such as "items designated by the parties" to be included in the record. Relatedly, Rule 8009(a)(1) requires appellant to file "with the bankruptcy clerk . . . a designation of the items to be included in the record on appeal and a statement of the issues to be presented" within 14 days after the appellant's notice of appeal. Fed. R. Bankr. P. 8009(a)(1)(A)-(B) (emphasis added). The appellant has not filed either document, much less within 14 days of the notice of appeal that was filed on June 7, 2018.

The court hereby ORDERS appellant to show cause why his failure to perfect his appeal should not result in dismissal of the appeal. Appellant is ordered to file a written

response to this order within 14 days.

**IT IS SO ORDERED.**

Dated: July 13, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge