UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAN PAN,<br>　　　　Appellant,<br>　　v.<br>Ralph Partners II, LLC,<br>　　　　Appellee. | Case No. 18-cv-03354-PJH<br><br>**ORDER DISMISSING APPEAL**<br>Re: Dkt. No. 4 |

As explained in this court's prior order, Bankruptcy Rule 8009 requires an appellant to file with the clerk and serve on the appellee a designation of items to be included in the record and a statement of issues within 14 days after filing a notice of appeal. Dkt. 4 at 1; Fed. R. Bank. Proc. 8009. On July 13, 2018, more than one month after appellant Jian Pan filed his notice of appeal, this court issued an order to show cause why appellant's failure to perfect his appeal pursuant to Rule 8009 should not result in dismissal. Dkt. 4 at 1-2. The same order required Pan to file a written response within 14 days. Id. That deadline has now passed, and the court has not received a response.

Accordingly, the court finds that in view of plaintiff's failure to perfect his appeal and his failure to comply with this court's order to show cause, that there is no less drastic sanction available, and that the appeal must be DISMISSED WITHOUT PREJUDICE. See Ferdik Bonzelet, 963 F.2d 1258, 1261-62 (9th Cir.1992) (consideration of alternatives is satisfied where the court expressly warned that failure to abide by a court order will result in dismissal); Williams v. Schoenmann, No. C-03-1936 SC, 2003 WL 22749198, at *2 (N.D. Cal. Nov. 18, 2003) (dismissing appeal for failure to

provide an adequate record).

**IT IS SO ORDERED.**

Dated: July 30, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge